[No. 58951-2-I.   Division One.   February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT Y. KARKUNOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06467-2, William L. Downing, J., entered September 29, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59063-4-I.   Division One.   February 11, 2008.]

GARY BOTTOMLEY ET AL., *Appellants*, v. DRIVSTUEN INVESTMENTS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-10306-8, Richard J. Thorpe, J., entered October 3, 2006. *Reversed* by unpublished per curiam opinion.

[No. 59194-1-I.   Division One.   February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN NUTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08419-3, Theresa B. Doyle, J., entered October 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59237-8-I.   Division One.   February 11, 2008.]

3601 GROUP, INC., *Respondent*, v. ALFALFA'S NORTHWEST, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-27456-4, Suzanne M. Barnett, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington and Lau, JJ.